**ROGER T. NUTTALL #42500**
**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendants,
   JAMES MANN AND
   HAROLD DESJARDINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-00184 AWI |
|---|---|
| Plaintiff, | |
| vs. | |
| VETERINARY PHARMACEUTICALS, INC, MARILYN BRACY, JAMES MANN, AND HAROLD DESJARDINS, | **APPLICATION AND ORDER** |
| Defendants. | |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, HAROLD DESJARDINS, by and through his attorney ROGER T. NUTTALL, NUTTALL & COLEMAN, hereby applies to this court for an Order allowing Defendant, HAROLD DESJARDINS to travel to Mexico with attorney Michael Dias, Esq, leaving on May 11, 2007, and returning no later than May 15, 2007.

It is further requested that Defendant, HAROLD DESJARDINS' passport be given to him for the purpose of traveling to Mexico, and upon his return from Mexico the passport is to be returned to

1  the U.S. District Court Clerk's Office.

2  This request is being made by counsel for Defendant,
3  DESJARDINS, due to the fact that Mr. DESJARDINS needs to travel to
4  Mexico for the purpose of overseeing business activities with
5  corporate counsel, Michael Dias, Esq.  Upon completion of the
6  business activities Mr. DESJARDIN will return to the states with
7  Mr. Dias.

8  Mr. Nuttall's partner, Mark W. Coleman, Esq., spoke with
9  Assistant U.S. Attorney, MARK CULLERS, who had no objection to this
10 request.  According to his voice mail, Mr. Cullers will be out of
11 the office from May 3, 2007 to May 10, 2007.  Counsel was unable to
12 have Mr. Cullers review a Stipulation and Order for filing prior to
13 his leaving the office.  Therefore, counsel is filing an
14 Application and Order.

15 DATED: May 7, 2007.            NUTTALL & COLEMAN

16                                /S/ ROGER T. NUTTALL

17                          By: _____
                                ROGER T. NUTTALL
18                              Attorneys for Defendant,
                                HAROLD DESJARDINS
19

20 **DECLARATION OF MARK W. COLEMAN IN SUPPORT**
21 **OF APPLICATION FOR TRAVEL ORDER**

22 I, MARK W. COLEMAN, declare that:

23 1.   I am an attorney licensed to practice law in the State of
24 California, and that I am the attorney of record for Defendant,
25 JAMES MANN, co-defendant of HAROLD DESJARDINS.

26 2.   Due to Mr. Nuttall's schedule and subsequent
27 unavailability, I arranged to speak with Mark Cullers on Mr.
28 Nuttall's behalf regarding a travel order for Defendant, HAROLD

DESJARDINS.

3. Prior to his leaving the office, I spoke with Assistant U.S. Attorney, MARK CULLERS, who had no objection to this request.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

DATED: May 7, 2007.                    NUTTALL & COLEMAN

                                        /s/ MARK W. COLEMAN

                                  By: _____
                                       MARK W. COLEMAN,
                                       Attorneys for Defendant,
                                       HAROLD DESJARDINS

* * * * * *

**O R D E R**

**IT IS SO ORDERED** that defendant, HAROLD DESJARDINS, be allowed to travel to Mexico with attorney Michael Dias, Esq. MR. DESJARDINS may leave the United States on May 11, 2007, and must return no later than May 15, 2007, with Mr. Dias.

**IT IS FURTHER ORDERED** that Mr. DESJARDINS' passport be given to him for the purpose of traveling to Mexico. The passport is to be returned to the U.S. District Court Clerk's Office upon MR. DESJARDINS return from Mexico.

IT IS SO ORDERED.

Dated:   **May 9, 2007**                /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

3