# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   vs.<br>HAROLD DESJARDINS,<br>        Defendant. | 1:06-CR-184 LJO<br><br>**RECONVEYANCE ORDER** |

On July 3, 2008, the above-entitled defendant, HAROLD DESJARDINS, was sentenced before the Honorable U.S. District Judge Lawrence J. O'Neill in the Eastern District of California. The passport of defendant HAROLD DESJARDINS (doc. 16) shall be reconveyed forthwith.

IT IS SO ORDERED.

**Dated:   July 3, 2008**              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE